AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ingles Markets Incorporated; Sky King, Inc., )<br>*Plaintiff* )<br>v. )<br>Maria, LLC, )<br>*Defendant* ) | Civil Action No.   7:14-cv-04828-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Judgment is entered in favor of Plaintiffs on its causes of action for injunctive relief and that Defendant is permanently enjoined from erecting any building or buildings on Parcels 2 and 3, except as in strict compliance with the contents of the REA, including Exhibit E.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ tried by the Honorable Mary Geiger Lewis, presiding, without a jury and the above decision was reached.

☐ decided by the Honorable

Date:   October 18, 2016                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/Ashley Buckingham, Deputy Clerk
                                                              _____
                                                                    *Signature of Clerk or Deputy Clerk*